## MARS *v.* THE STATE.

HILL, J. The questions raised in this case are controlled by the rulings made in the case of *Howell* v. *State,* 164 *Ga.* 204 (138 S. E. 206).

*Judgment affirmed. All the Justices concur.*

No. 5881. MAY 3, 1927.

Murder. Before Judge Crum. Ben Hill superior court. February 4, 1927.

*Benton Odom, W. H. Lasseter,* and *A. J. McDonald,* for plaintiff in error.

*George M. Napier, attorney-general,. T. Hoyt Davis, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.